# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**MICHAEL GRIFFIN**                                                                              **PLAINTIFF**

**v.**                                                           **CIVIL NO. 3:20-cv-178-NBB-JMV**

**ANDREW M. SAUL, COMMISSIONER OF**
**SOCIAL SECURITY**                                                               **DEFENDANT**

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR STAY

The Court has considered Defendant's Unopposed Motion for Stay [ECF No. 6] and finds the motion should be granted in part.

IT IS, THEREFORE, ORDERED that all proceedings in this case are stayed for 60 days or until such time as the Commissioner of the Social Security Administration can prepare and file the certified administrative record, whichever is earlier.

This 21st day of September, 2020.

                                                                    /s/ Jane M. Virden
                                                                    UNITED STATES MAGISTRATE JUDGE