**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**MICHAEL GRIFFIN**                                                                                                  **PLAINTIFF**

**NO. 3:20-CV-00178-JMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**                                              **DEFENDANT**

## FINAL JUDGMENT

Consistent with the Memorandum Opinion [27] entered today, the Acting Commissioner's decision is REVERSED, and the case is REMANDED for further proceedings consistent with the Court's opinion.

**SO ORDERED AND ADJUDGED** this, the 13th day of September, 2021.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE