# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**MICHAEL GRIFFIN**                                                                       **PLAINTIFF**

**v.**                                          No.: 3:20-cv-178-JMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**                           **DEFENDANT**

## ORDER

Before the Court are the Plaintiff's motion [29] for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and the Defendant's response [30].

In these proceedings, Plaintiff sought judicial review of the Social Security Commissioner's final decision denying a claim for benefits. By Final Judgment [28] dated September 13, 2021, this Court remanded this case to the Social Security Administration for further proceedings. The Defendant does not oppose an award of attorney's fees under the EAJA in the amount of $7,816.25 for 38.33 hours of attorney time at the hourly rate of $203.92, made payable to Plaintiff, and mailed to Plaintiff's attorney. *See* Pl.'s Motion [29] at 1; Pl.'s Itemization (Doc. 29-1).[1]

The Court, having thoroughly considered the motion, response, and the applicable law, finds the requested award is reasonable; and no special circumstance would make the award unjust.

**THEREFORE, IT IS ORDERED**:

---

[1] The general procedure that the Commissioner uses in effectuating court orders awarding EAJA fees to the plaintiff is as follows: The Commissioner certifies the order to the Department of the Treasury for payment. Afterward, the Department of the Treasury issues payment by check to the order of the plaintiff, in care of his/her attorney, and mails the check to the plaintiff's attorney. Payment of the EAJA fees to the plaintiff in care of the plaintiff's attorney is consistent with the EAJA.

That the Commissioner shall promptly pay Plaintiff $7,816.25 in attorney fees for the benefit of counsel for Plaintiff.

**SO ORDERED** this, the 30th day of November, 2021.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**